# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SUZEE BRANCH,** | : | |
| | : | **Case No. 1:07CV0026** |
| Plaintiff, | : | |
| | : | **JUDGE KATHLEEN O'MALLEY** |
| v. | : | |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | <u>ORDER</u> |
| | : | |
| Defendant. | : | |

Suzee Branch has petitioned this Court under 42 U.S.C. §§405(g) and 1383(c)(3) seeking judicial review of the Commissioner of Social Security's (the "Commissioner") final determination denying plaintiff's claim for supplemental security income ("SSI") benefits. Pursuant to Local Rule 72.2(b)(1), the matter was automatically refered to a Magistrate Judge.

Upon review of the parties' submissions, Magistrate Judge David S. Perelman issued a Report and Recommendation ("R&R") (Doc. 12), recommending that final judgment be entered in Branch's favor reversing the Commissioner's final determination, and finding that Branch is entitled to an award of the SSI benefits she seeks during such period following her application that she satisfies the criteria for benefits. Neither party has filed any objections to the magistrate judge's R&R, and the time for filing such objections has long since passed. Upon review of the R&R, the Court reaches the same conclusions as the magistrate judge. Though the Court likely would articulate its conclusions somewhat differently, because neither party has objected to the magistrate's R&R, further explanation of the Court's reasoning is not required. <u>Tuggle v. Seabold</u>, 806 F.2d 87, 92-93 (6th Cir. 1986).

Accordingly, the Court hereby **ADOPTS** the conclusions of the magistrate judge's R&R. The Commissioner's final determination is **REVERSED** and the Court finds that Branch is entitled to SSI benefits.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE**

**Dated: February 15, 2008**