UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Suzee Branch, | : | Case No. 1:07CV0026 |
| | : | |
| Plaintiff | : | Judge Kathleen O'Malley |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Commissioner of Social Security, | : | **REPORT AND RECOMMENDED** |
| | : | **DECISION** |
| Defendant | : | |

The plaintiff has moved for an award of attorney fees under the Equal Access To Justice Act, 28 U.S.C. §2412(c), in the amount of $2,000.00.

The defendant has responded stating that "he has no objection to Plaintiff's Motion For Attorney Fees."

It is, therefore, recommended that plaintiff's motion be granted.

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE: April 2, 2008